218 U. S. Cases Disposed of Without Consideration by the Court.

No. 200. CONSOLIDATED LAND COMPANY, APPELLANT, *v.* ALBERT W. GILCHRIST, GOVERNOR OF THE STATE OF FLORIDA, ET AL. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. October 11, 1910. Dismissed, each party paying its and their own costs, per stipulation of counsel. *Mr. J. C. Cooper* and *Mr. E. J. L'Engle* for appellant. *Mr. William S. Jennings* for appellees.

---

No. 201. EMPIRE LAND COMPANY, APPELLANT, *v.* ALBERT W. GILCHRIST, GOVERNOR OF THE STATE OF FLORIDA, ET AL. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. October 11, 1910. Dismissed, each party paying its and their own costs, per stipulation of counsel. *Mr. J. C. Cooper* and *Mr. E. J. L'Engle* for appellant. *Mr. William S. Jennings* for appellees.

---

No. 202. THE MODEL LAND COMPANY, APPELLANT, *v.* ALBERT W. GILCHRIST, GOVERNOR OF THE STATE OF FLORIDA, ET AL. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. October 11, 1910. Dismissed, each party paying its and their own costs, per stipulation of counsel. *Mr. J. C. Cooper* and *Mr. Alex. St. Clair-Abrams* for appellant. *Mr. William S. Jennings* for appellees.

---

